AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas



JAN 2 4 2020

Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tony Sullivan (1) | ) | Case No. |
| Kimondra Damon Skyler (2) | ) | 4:20MJ33 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 2019 to the present__ in the county of __Denton County__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with commerce by robbery |

This criminal complaint is based on these facts:

See the attached affidavit of SA Christopher B. Doering FBI

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Christopher B. Doering FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/24/2020

_____
*Judge's signature*

City and state: Plano, Texas        Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*